IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|                              |   |                         |
|------------------------------|---|-------------------------|
| SEMCON TECH, LLC,            | ) |                         |
|                              | ) |                         |
| Plaintiff,                   | ) |                         |
|                              | ) |                         |
| v.                           | ) | C.A. No. 13-315 (RGA)   |
|                              | ) |                         |
| GLOBALFOUNDRIES U.S. INC. and| ) |                         |
| GLOBALFOUNDRIES AMERICAS, INC. , | ) |                     |
|                              | ) |                         |
| Defendants.                  | ) |                         |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the

Court, that the time for defendants GlobalFoundries U.S. Inc. and GlobalFoundries Americas,

Inc. ("GlobalFoundries") to answer, move, or otherwise respond to the Complaint is extended to

and including April 19, 2013.

BAYARD, P.A.                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Stephen B. Brauerman*                  */s/ Rodger D. Smith II*
Richard D. Kirk (#922)                      Jack B. Blumenfeld (#1014)
Stephen B. Brauerman (#4952)                Rodger D. Smith II (#3778)
Vanessa R. Tiradentes (#5398)               1201 N. Market Street
222 Delaware Avenue, Suite 900              P.O. Box 1347
P.O. Box 25130                              Wilmington, DE  19899-1347
Wilmington, DE  19899                       (302) 658-9200
(302) 655-5000                              jblumenfeld@mnat.com
rkirk@bayardlaw.com                         rsmith@mnat.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com                   *Attorneys for Defendants*

*Attorneys for Plaintiff*

IT IS SO ORDERED this ___ day of March 2013.

_____
United States District Court Judge