**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SEMCON TECH, LLC<br><br>Plaintiff,<br><br>v.<br><br>GLOBALFOUNDRIES U.S. INC., and GLOBALFOUNDRIES AMERICAS, INC.<br><br>Defendant. | C.A. No. 13-315 (RGA)<br><br>**JURY TRIAL DEMANDED** |

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), Semcon Tech, LLC hereby dismisses all claims against GLOBALFOUNDRIES U.S. INC., and GLOBALFOUNDRIES AMERICAS, INC., without prejudice.

| | |
|---|---|
| April 18, 2013 | BAYARD, P.A. |
| OF COUNSEL: | /s/ Richard D. Kirk<br>Richard D. Kirk (rk0922) |
| Marc A. Fenster | Stephen B. Brauerman (sb4952) |
| Alexander C.D. Giza | Vanessa R. Tiradentes (vt5398) |
| Jeffrey Z.Y. Liao | 222 Delaware Avenue, Suite 900 |
| Russ, August & Kabat | Wilmington, DE 19899 |
| 12424 Wilshire Boulevard, 12th Floor | (302) 655-5000 |
| Los Angeles, CA 90025-1031 | rkirk@bayardlaw.com |
| (310) 826-7474 | sbrauerman@bayardlaw.com |
| mfenster@raklaw.com | vtiradentes@bayardlaw.com |
| agiza@raklaw.com | |
| jliao@raklaw.com | Attorneys for Plaintiff<br>Semcon Tech LLC |